UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CLAUDIA HILLARY,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF POINT ARENA and DOES ONE THROUGH 20,<br><br>          Defendants. | Case No:  C 11-5380 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for March 7, 2012 is CONTINUED to **March 14, 2012 at 3:15 p.m.** Plaintiff's counsel is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.  The order to show cause, Dkt. 21, is vacated.

IT IS SO ORDERED.

Dated:  March 7, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge