```
LOUIS A. LEONE, ESQ. (SBN: 099874)
BRIAN A. DUUS, ESQ. (SBN: 263403)
```
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
E-Mail:  lleone@stubbsleone.com
         duusb@stubbsleone.com

Attorneys for Defendant
CITY OF POINT ARENA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA B. HILLARY,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF POINT ARENA and DOES ONE THROUGH 20,<br><br>        Defendants. | Case No.:   C 11-05380 SBA<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING** |

      Plaintiff Claudia B. Hillary and Defendant City of Point Arena, by and through their counsel undersigned stipulate to an order changing time for the City to file a responsive pleading including a motion to dismiss in response to Hillary's first amended complaint.  The parties agree that the deadline for the City to respond is moved to October 12, 2012.  The reason for the stipulation is that the parties are engaged in good faith settlement negotiations with Magistrate Judge Cousins and believe that a settlement may be reached shortly.  The parties previously submitted a stipulation to modify the date to October 10, which the Court has not yet signed, but the parties now need an additional two days to attempt to reach settlement.

This stipulation is requested pursuant to Federal Fed. R. CIV. P. 12 and Local Rules 6-2 and 7-12.

Dated: October 10, 2012.                **LAW OFFICES OF VICTOR C. THUESEN**

/s/ Victor C. Thuesen
VICTOR C. THUESEN
Attorney for Plaintiff
CLAUDIA B. HILLARY

Dated: October 10, 2012.                **STUBBS & LEONE**

/s/ Brian A. Duus
BRIAN A. DUUS, ESQ.
Attorneys for Defendant
CITY OF POINT ARENA

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _10/11/12                 _____
                                  Honorable Judge Armstrong