UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CLAUDIA HILLARY,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF POINT ARENA and DOES ONE THROUGH 20,<br><br>    Defendants. | Case No: C 11-5380 SBA<br><br>**ORDER STRIKING SECOND AMENDED COMPLAINT** |

Plaintiff filed a Second Amended Complaint on October 14, 2012.  Dkt. 51. Plaintiff did so without obtaining prior leave of Court or a stipulation from Defendant.  Fed. R. Civ. P. 15(a).  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's Second Amended Complaint (Dkt. 60) is STRICKEN from the record.

IT IS SO ORDERED.

Dated:  October 23, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge