1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                                 OAKLAND DIVISION

9

10   CLAUDIA HILLARY,                         Case No:  C 11-5380 SBA

11            Plaintiff,                       **ORDER STRIKING SECOND**
                                              **AMENDED COMPLAINT**
12         vs.

13   CITY OF POINT ARENA and DOES ONE
     THROUGH 20,
14
              Defendants.
15

16

17        Plaintiff filed a Second Amended Complaint on October 14, 2012.  Dkt. 51.

18   Plaintiff did so without obtaining prior leave of Court or a stipulation from Defendant.  Fed.

19   R. Civ. P. 15(a).  Accordingly,

20        IT IS HEREBY ORDERED THAT Plaintiff's Second Amended Complaint (Dkt.

21   60) is STRICKEN from the record.

22        IT IS SO ORDERED.

23   Dated:  October 23, 2012

24                                            _____
                                              SAUNDRA BROWN ARMSTRONG
25                                            United States District Judge

26

27

28