LOUIS A. LEONE, ESQ. (SBN: 099874)
BRIAN A. DUUS, ESQ. (SBN : 263403)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
E-Mail: lleone@stubbsleone.com
duusb@stubbsleone.com

Attorneys for Defendant
CITY OF POINT ARENA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA B. HILLARY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF POINT ARENA and DOES ONE THROUGH 20,<br><br>　　　　Defendants. | Case No.: C 11-05380 NJV<br><br>**STIPULATION FOR DISMISSAL ORDER** |

　　　Plaintiff, by and through her attorney, Victor Thuesen, and defendant, by and through its attorneys Stubbs & Leone, hereby stipulate to the immediate dismissal of this action, with prejudice, each party to bear their own costs and attorneys fees.

　　　It is so stipulated.


Dated: December 13, 2012　　　　**STUBBS & LEONE**


　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　LOUIS A. LEONE, ESQ.
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　CITY OF POINT ARENA

---

STIPULATION FOR DISMISSAL　　　　　　　　　　　　　　　　　　Case No. C11-05380-NJV

1 | December 18, 2012                **LAW OFFICES OF VICTOR C. THUESEN**

_____/s/_____
Victor C. Thuesen, Esq.
Attorney for Plaintiff
CLAUDIA B. HILLARY

### ORDER

It is hereby ordered that this matter be dismissed with prejudice, each party to bear their own costs.

Date: _1/16/13              *[signature: Saundra B. Armstrong]*
                             JUDGE UNITED STATES DISTRICT COURT